UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Leroy Augustus Lane | ) | |
| | ) | C/A No.: 6:06-cr-0992-GRA |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | (Written Opinion) |
| United States of America | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    This matter comes before the Court on the defendant's motion for post-trial discovery and motion for a trial transcript. Petitioner brings this claim *pro se*. This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *Boag v. MacDougall*, 454 U.S. 364, 365 (1982).

    Defendant asserts he has a right under Rule 16 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3500 (the Jencks Act) to discover the contact information regarding one of the government's key trial witnesses. Rule 16 allows for certain pretrial discovery, but not post-trial discovery. Fed. R. Crim. P. 16. Further, the Jencks Act does not permit post-trial discovery. *United States v. Peterson*, 524 F.2d 167, 175 (4th Cir. 1975) ("[I]n order to invoke the benefits of the [Jencks] Act, [Defendant] was obligated at the very least to alert the trial judge [d]uring the course of the trial to his request by demanding the production and inspection of the

1

memorandum when its existence became known[.]"). Therefore, the motion for post-trial discovery is DENIED.

Defendant also claims that, as an indigent prisoner, he has a right to a complimentary copy of his trial transcript for appeal purposes. In order to succeed upon such a motion, an indigent prisoner must show a particularized need for such records. *Jones v. Superintendent, Va. State Farm*, 460 F.2d 150, 15152-53 (4th Cir. 1972). An indigent prisoner may not succeed on a motion for free copies of a trial transcript "merely to comb the record in the hope of discovering some flaw." *United States v. Glass*, 317 F.2d 200, 202 (4th Cir.1963). The defendant has not shown a particularized need; therefore, his motion for a free trial transcript is DENIED.

To preserve the integrity of the judicial system, both motions are DENIED.

IT IS THEREFORE ORDERED that the defendant's motion for discovery and motion for a free transcript are DENIED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

August 13, 2007
Anderson, South Carolina

2

**NOTICE OF RIGHT TO APPEAL**

Defendant is hereby notified that he has the right to appeal this Order within ten (10) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. Failure to meet this deadline, as modified within Rule 4, will waive the right to appeal.